**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | No. 06-03079-01/06-CR-S-ODS |
| | ) | |
| Plaintiff, | ) | COUNT ONE: |
| | ) | (All Defendants) |
| | ) | 21 U.S.C. §§ 846 and 841(a)(1) |
| v. | ) | and (b)(1)(A)(iii) |
| | ) | NLT 10 years; NMT life |
| **JOSEPH L. RAINEY, aka, "Jobe"** | ) | and/or $4 million fine |
| [DOB: XX-XX-68], | ) | Supervised Release: |
| **KELLEY M. SICARD** | ) | NLT 5 years |
| [DOB: XX-XX-70], | ) | |
| **MARVIN D. ANTHONY, Sr.** | ) | COUNT TWO: |
| [DOB: XX-XX-65], | ) | (Defendant DAVIS only) |
| **ADRIAN DAVIS, aka, "D"** | ) | 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii) |
| [DOB: XX-XX-80], | ) | NLT 5 years; NMT 40 years |
| **CLEOFIUS W. HICKS** | ) | and/or $2 million fine |
| [DOB: XX-XX-77], | ) | Supervised Release: |
| **and** | ) | NLT 4 years |
| **GRENDA PIERCE** | ) | |
| [DOB: XX-XX-57] | ) | COUNT THREE: |
| | ) | (Defendant DAVIS only) |
| Defendants. | ) | 21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| | ) | NMT 20 years |
| | ) | and/or $1 million fine |
| | ) | Supervised Release: |
| | ) | NLT 3 years |
| | ) | |
| | ) | COUNTS FOUR and FIVE: |
| | ) | (Defendant HICKS only) |
| | ) | 21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| | ) | NMT 20 years |
| | ) | and/or $1 million fine |
| | ) | Supervised Release: |
| | ) | NLT 3 years |

) *COUNTS SIX and SEVEN*:
) (Defendant HICKS only)
) 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii)
) NLT 5 years; NMT 40 years
) and/or $2 million fine
) Supervised Release:
) NLT 4 years
)
) *COUNTS EIGHT and NINE*:
) (Defendant PIERCE only)
) 21 U.S.C. § 841(a)(1) and (b)(1)(C)
) NMT 20 years
) and/or $1 million fine
) Supervised Release:
) NLT 3 years
)
) *COUNT TEN*:
) (Defendant RAINEY only)
) 21 U.S.C. § 841(a)(1) and (b)(1)(C)
) NMT 20 years
) and/or $1 million fine
) Supervised Release:
) NLT 3 years
)
) *COUNT ELEVEN*:
) (Defendant RAINEY only)
)  21 U.S.C. §§ 846, 841(a)(1) and
)  (b)(1)(C)
)  NMT 20 years
)  and/or $1 million fine
)  Supervised Release:
)  NLT 3 years
)
) *COUNT TWELVE*:
) (Defendant ANTHONY only)
) 21 U.S.C. § 841(a)(1) and (b)(1)(C)
) NMT 20 years
) and/or $1 million fine
) Supervised Release:
) NLT 3 years

)  *COUNT THIRTEEN*:
)  (Defendant SICARD only)
)  21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii)
)  NLT 5 years; NMT 40 years
)  and/or $2 million fine
)  Supervised Release:
)  NLT 4 years
)
) *COUNTS FOURTEEN and FIFTEEN*:
) (Defendant DAVIS only)
)  21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii)
)  NLT 5 years; NMT 40 years
)  and/or $2 million fine
)  Supervised Release:
)  NLT 4 years
)
) *COUNTS SIXTEEN and SEVENTEEN* :
) (Defendant SICARD only)
)  21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii)
)  NLT 5 years; NMT 40 years
)  and/or $2 million fine
)  Supervised Release:
) NLT 4 years
)
)  *COUNT EIGHTEEN*:
)  (Defendant RAINEY only)
)  21 U.S.C. § 841(a)(1) and (b)(1)(C)
)  NMT 20 years
)  and/or $1 million fine
)  Supervised Release:
)  NLT 3 years
)
)  $100 Mandatory Special
)  Assessment on All Counts

3

## *I N D I C T M E N T*

**THE GRAND JURY CHARGES THAT:**

### *COUNT ONE*

Beginning on an unknown date, but commencing at least as early as December, 2003, and continuing to on or about May 2, 2006, in Greene County, in the Western District of Missouri, and elsewhere, JOSEPH L. RAINEY, a/k/a "Jobe", KELLEY M. SICARD, MARVIN D. ANTHONY, Sr., ADRIAN DAVIS, a/k/a "D", CLEOFIUS W. HICKS, and GRENDA PIERCE, defendants, did knowingly and intentionally conspire and agree with each other and with other persons known and unknown to the Grand Jury, to distribute in excess of 50 grams of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, the distribution of which is a felony in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(iii); all in violation of Title 21, United States Code, Section 846.

### *COUNT TWO*

On or about December 24, 2003, in Greene County, in the Western District of Missouri, ADRIAN DAVIS, aka "D", defendant, did knowingly and intentionally distribute in excess of 5 grams of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(iii).

## *COUNT THREE*

On or about January 20, 2004, in Greene County, in the Western District of Missouri, ADRIAN DAVIS, aka "D", defendant, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## *COUNT FOUR*

On or about February 19, 2004, in Greene County, in the Western District of Missouri, CLEOFIUS W. HICKS, defendant, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## *COUNT FIVE*

On or about April 19, 2004, in Greene County, in the Western District of Missouri, CLEOFIUS W. HICKS, defendant, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## *COUNT SIX*

On or about April 21, 2004, in Greene County, in the Western District of Missouri, CELOFIUS W. HICKS, defendant, did knowingly and intentionally distribute in excess of 5 grams of a mixture or substance containing a detectable amount of cocaine base, a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

## COUNT SEVEN

On or about May 25, 2004, in Greene County, in the Western District of Missouri, CELOFIUS W. HICKS, defendant, did knowingly and intentionally distribute in excess of 5 grams of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

## COUNT EIGHT

On or about September 20, 2004, in Greene County, in the Western District of Missouri, GRENDA PIERCE, defendant, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT NINE

On or about October 11, 2004, in Greene County, in the Western District of Missouri, GRENDA PIERCE, defendant, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## *COUNT TEN*

On or about December 8, 2004, in Christian County, in the Western District of Missouri, JOSEPH L. RAINEY, aka "Jobe", defendant, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## *COUNT ELEVEN*

On or about December 17, 2004, in Christian County, in the Western District of Missouri, JOSEPH L. RAINEY, aka "Jobe", defendant, did knowingly and intentionally attempt to manufacture cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C).

## *COUNT TWELVE*

On or about February 16, 2005, in Greene County, in the Western District of Missouri, MARVIN D. ANTHONY, Sr., defendant, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## *COUNT THIRTEEN*

On or about June 1, 2005, in Greene County, in the Western District of Missouri, KELLEY M. SICARD, defendant, did knowingly and intentionally distribute in excess of 5 grams of a mixture or substance containing a detectable amount of cocaine base, a

Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(iii).

## COUNT FOURTEEN

On or about August 23, 2005, in Greene County, in the Western District of Missouri, ADRIAN DAVIS, aka "D", defendant, did knowingly and intentionally distribute in excess of 5 grams of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(iii).

## COUNT FIFTEEN

On or about September 2, 2005, in Greene County, in the Western District of Missouri, ADRIAN DAVIS, aka "D", defendant, did knowingly and intentionally distribute in excess of 5 grams of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(iii).

## COUNT SIXTEEN

On or about September 14, 2005, in Greene County, in the Western District of Missouri, KELLEY M. SICARD, defendant, did knowingly and intentionally distribute in excess of 5 grams of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(iii).

## *COUNT SEVENTEEN*

On or about September 22, 2005, in Greene County, in the Western District of Missouri, KELLEY M. SICARD, defendant, did knowingly and intentionally distribute in excess of 5 grams of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(iii).

## *COUNT EIGHTEEN*

On or about May 2, 2006, in Greene County, in the Western District of Missouri, JOSEPH L. RAINEY, aka "Jobe," defendant, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## FORFEITURE ALLEGATION

As a result of committing the controlled substance offense alleged in Count One of this Indictment, Joseph L. Rainey, aka "Jobe," shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting and derived from any proceeds the said defendant obtained directly and indirectly as a result of the said violation and any and all property used and intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment, including but not limited to the following:

approximately $3,339.00 in United States currency seized from the defendant on May 2, 2006,

all in violation of Title 21, Untied States Code, Sections, 841(a)(1) and 853.

*A TRUE BILL.*

_/s/_
**FOREPERSON OF THE GRAND JURY**

 _/s/ David P. Rush_
**DAVID P. RUSH,** Bar #36013
Assistant United States Attorney

10